UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MARSHALL REAM,<br><br>  Plaintiff,<br><br>  v.<br><br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 1:25-cv-01042-EPG<br><br>**ORDER GRANTING STIPULATION FOR BRIEFING EXTENSION**<br><br>(ECF No. 13) |

On November 28, 2025, Plaintiff Brandon Ream and Defendant Commissioner of Social Security filed a joint stipulation seeking an extension for 60-day extension of time for Plaintiff to serve Defendant with Plaintiff's Motion for Summary Judgment. (ECF No. 13)

The current deadline to file Plaintiff's Motion for Summary Judgment is December 19, 2025. The requested deadline if an extension is granted would be February 17, 2026. This is Plaintiff's first request of extension of time. Plaintiff states the requested extension is necessary due to several merit briefs being due the same week and requires additional time to brief the issues in this action. (ECF No. 13, p.2). Defendant does not oppose the requested extension.

\\\

\\\

\\\

Based on the parties' stipulation for a briefing extension, IT IS ORDERED that Plaintiff shall be granted an extension of time of sixty (60) days to file his Motion for Summary Judgment. The Motion for Summary Judgment shall be filed on or before **February 17, 2026,** and all other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: **December 1, 2025**                    /s/ *Erica P. Grosjean*
                                               UNITED STATES MAGISTRATE JUDGE