UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MARSHALL REAM,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:25-cv-01042-EPG<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 43 U.S.C. § 405(g); ORDER<br><br>(ECF No. 17) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

///

///

///

///

1

DATED this 17th day of March, 2026

Respectfully submitted,

Dated: March 17, 2026                    PEÑA AND BROMBERG, PLC

By:*/s/ Jonathan Peña\**
JONATHAN PEÑA
Attorneys for Plaintiff
[*As authorized by e-mail on March 17, 2026]

Dated: March 17, 2026                    ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy, Program Litigation 1

By:    */s/ Roseanne Gillette*
ROSEANNE GILLETTE
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 18), IT IS ORDERED that this action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant and to terminate Plaintiff's opening brief (ECF No. 15) as no longer pending.

**IT IS SO ORDERED.**

**DATED:**   **March 18, 2026**          /s/ Erica P. Grosjean

**UNITED STATES MAGISTRATE JUDGE**